IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEIL D. SWEIGART                                                                                    PLAINTIFF
#2145-09

V.                                              4:09CV00401 BSM

M. BROWN                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE